# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREDERICK GRAHAM,** : | |
| Plaintiff : | |
| : | No. 1:19-cv-01571 |
| v. : | |
| : | (Judge Kane) |
| **IAN CONNORS, <u>et al.</u>,** : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 27th day of July 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss and for summary judgment (Doc. No. 45) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants Edinger and Viator and against Plaintiff Frederick Graham as to all claims asserted against Defendants;

3. Plaintiff's motion to alter or amend judgment (Doc. No. 48) is **DENIED**; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania